```
             FILED
    CLERK, U.S. DISTRICT COURT

           MAY 2 2 2008

   CENTRAL DISTRICT OF CALIFORNIA
   EASTERN DIVISION    BY DEPUTY
```

NUNC PRO TUNC 6-1-07

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI WRIGHT,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent. | Case No. CV 06-05319 DOC(JCR)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge. Based on all of the foregoing, the Court has made a *de novo* determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as time-barred.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner.

DATED: June 1, 2007

                                                HONORABLE DAVID O. CARTER
                                                United States District Judge