FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

JS-6

NUNC PRO TUNC 6-1-07

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI WRIGHT, <br><br> Petitioner, <br><br> v. <br><br> ROBERT A. HOREL, Warden, <br><br> Respondent. | Case No. CV 06-05319 DOC(JCR) <br><br> JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed with prejudice as time-barred.

DATED: June 1, 2007

_____
HONORABLE DAVID O. CARTER
United States District Judge